## UNITED STATES of America, Plaintiff–Appellee

v.

### Jose HINOJOSA, also known as Joe Anthony Hinojosa, Defendant–Appellant.

No. 09–41272
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Jimmy Anthony Rodriguez, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Edward Cromwell, Esq, Cromwell Law Firm, Corpus Christi, TX, for Defendant–Appellant.

Jose Hinojosa, Houston, TX, pro se.

---

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Hinojosa presents arguments that he concedes are foreclosed. *See United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001) (rejecting Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1)); *United States v. De Leon,* 170 F.3d 494, 499 (5th Cir.1999) (same); *United States v. Rawls,* 85 F.3d 240, 242 (5th Cir.1996) (same). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.